UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Jason Tinsley,

                 Plaintiff(s),                 08 Civ. 1332 (KMK) (MDF)

 -against-                                       ORDER OF REFERENCE
                                                    TO A MAGISTRATE JUDGE
R.K. Woods,

                 Defendant(s).

---------------------------------------------------------X

The above entitled action is referred to the Honorable Mark D. Fox, United States Magistrate Judge for the following purpose(s):

_____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Specific Non-Dispositive Motion/Dispute:*

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

✓ Habeas Corpus

_____ Social Security

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: February 20, 2008

SO ORDERED

Hon. Kenneth M. Karas
United States District Judge