Case 7:08-cv-01332-KMK-MDF   Document 3   Filed 03/03/2008   Page 1 of 1

ORIGINAL   *Amended*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JASON TINSLEY (04A4178),             :
                                     :   No. 08cv1332 (KMK)(MDF)
            Petitioner,              :
                                     :
      -against-                      :   ORDER
                                     :
ROBERT WOODS, Superintendent,        :
Upstate Correctional Facility,       :
                                     :
            Respondents.             :
------------------------------------x

MARK D. FOX, United States Magistrate Judge.

U.S. DISTRICT COURT FILED MAR 03 2008 S.D. OF N.Y.

Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. §2254, filed December 20, 2007 (doc. #1), it is hereby ORDERED that:

    1.  Within one hundred twenty (120) days of the date of this order, respondent shall serve a copy of the answer to the petition on the petitioner herein and file the original thereof with proof of service with the Clerk of this Court in White Plains, New York;

    2.  Respondent shall also submit the transcript of the trial and copies of all briefs and decisions on appeal or in connection with proceedings pursuant to New York Criminal Procedure Law Article 440 or any other post trial motions;

    3.  Petitioner, within ninety (90) days after the filing of the answer, shall serve upon respondent's attorney and file his reply to the answer, with the Clerk of this Court in White Plains, New York; and

    4.  Service of a copy of this Order shall be made by the Clerk of this Court by <u>regular mail</u> to: (1) Petitioner, Jason Tinsley, (04-A-4178), Upstate Correctional Facility, P.O. Box 2001, Malone, New York 12953; (2) to respondent or his successor at Upstate Correctional Facility, PO Box 2000, Malone, New York 12953; and (3) to the Attorney General of the State of New York, 120 Broadway, New York, New York 10271; and by <u>certified mail</u>, together with a copy of the petition (doc.#1), to the District Attorney of Westchester County, Westchester County Courthouse, 111 Martin Luther King Jr. Boulevard, White Plains, New York 10601.

Dated: March 03, 2008
White Plains, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

_____
MARK D. FOX
United States Magistrate Judge

Copies mailed / handed / faxed to counsel  3/3/08