OFFICE OF THE DISTRICT ATTORNEY
WESTCHESTER COUNTY

WESTCHESTER COUNTY COURTHOUSE
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
(914) 995-2000



JANET DiFIORE
DISTRICT ATTORNEY



RECEIVED
IN CHAMBERS

JUN 30 2008

MARK D. FOX
USMJ SDNY

*[Left margin handwritten endorsement:]* MARK D. FOX / United States Magistrate Judge / Southern District of New York

June 27, 2008

Hon. Mark D. Fox
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: Jason Tinsley v. Woods, Superintendent
    08 Civ. 1332 (KMK)(MDF)

Your Honor:

  Pursuant to the Court's Rule 4 Order of March 3, 2008, respondent's answer is due by July 1, 2008. Due to numerous other matters presently pending, as well as scheduling and problematic staffing issues, it is necessary that we request a brief extension of time in order to adequately respond to the allegations of the petition.
  **We request that respondent's time to answer be enlarged to July 8, 2008.**
  No prior request for such relief has been made. Thank you for your consideration of this matter.

                              Very Truly Yours,

                              JANET DiFIORE
                              District Attorney

                              Joseph M. Latino
                              Assistant District Attorney

cc:  Jason Tinsley
     04 A 4178
     Upstate Correctional Facility
     Box 2001
     Malone NY 12953

*[Handwritten endorsement notation:]* Application Granted
So Ordered
6/30/08